UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RAY BARTON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SAN JOAQUIN,<br><br>　　　　　Respondent. | No. 2:19-cv-02258 AC P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis. The instant habeas petition reflects an attempt to challenge petitioner's 1976 sentence in the San Joaquin County Superior Court. ECF No. 1 at 1. However, the petition is sparsely worded with incomprehensible responses to most of the questions posed by the form habeas petition. Id.

Moreover, review of this court's own records[1] demonstrates that petitioner has filed several habeas petitions this year. Only the first-filed case, Barton v. Beddick, Case No. 2:19-cv-0148 DMC P, which challenges petitioner's 1975 conviction for murder and resulting 1976

---

[1] This court may take judicial notice of its own records and the records of other courts. See United States v. Howard, 381 F.3d 873, 876 n.1 (9th Cir. 2004); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980); see also Fed. R. Evid. 201 (court may take judicial notice of facts that are capable of accurate determination by sources whose accuracy cannot reasonably be questioned).

1

sentence, proceeds on the merits. With the exception of his second-filed petition (<u>Barton v. Biddick</u> [sic], Case No. 2:19-cv-0465 AC P), which was construed as an amended petition in the first-filed case, the other habeas cases filed by petitioner that have been reviewed to date were dismissed as duplicative.[2]

The court finds the instant habeas petition duplicative of <u>Barton v. Beddick</u>, Case No. 2:19-cv-00148 DMC P, and will dismiss it on that basis. Because the instant petition lacks coherence, the court declines to construe it as an amended petition in Case No. 2:19-cv-00148 DMC P.

Accordingly, IT IS HEREBY ORDERED that:

1. The instant petition for writ of habeas corpus, ECF No. 1, is dismissed as duplicative of <u>Barton v. Beddick</u>, Case No. 2:19-cv-00148 DMC P.

2. Petitioner's motion to proceed in forma pauperis, ECF No. 2, is denied without prejudice as unnecessary.

3. The Clerk of Court is directed to close this case.

DATED: November 20, 2019

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[2] See <u>Barton v. Biddick</u>, Case No. 2:19-cv-1433 CKD P; <u>Barton v. San Joaquin</u>, Case No. 2:19-1740 CKD; and <u>Barton v. San Joaquin Superior Court</u>, Case No. 2: 19-2262 CKD P.